# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY ECF

**Gary D. Friedman**
+1 (212) 310-8963
gary.friedman@weil.com

July 29, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action.  On behalf of Plaintiffs and Defendants, we submit this joint status letter pursuant to the Court's Order dated June 4, 2019 (ECF No. 18).

As noted in our previous Status Letter (ECF No. 30), on June 26, 2019, Plaintiffs chose to file an Amended Complaint (ECF No. 25), as of right, as they uncovered, pursuant to their continuing internal investigation and forensic review of documents and data, additional facts that Plaintiffs assert support their claims against the three Defendants.

In response to the Amended Complaint, Defendants filed a partial motion to dismiss on July 17, 2019.  Plaintiffs intend to oppose the partial motion to dismiss by July 31, 2019, after which time Defendants may file a reply in accordance with the applicable rules.

Pursuant to the Court's June 4, 2019 Order, the parties will provide another joint status report in 30 days.

Respectfully submitted,


*/s/ Gary D. Friedman*


Gary D. Friedman


cc:  Defendants' Counsel