**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gary D. Friedman**
+1 (212) 310-8963
gary.friedman@weil.com

BY ECF

September 27, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

   We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action. On behalf of Plaintiffs and Defendants, we submit this letter to jointly request a one (1) week extension, through Friday, October 4, 2019, for the parties to submit their joint status report.

   Pursuant to the Court's Order dated June 4, 2019 (ECF No. 19), which instructed the parties to submit joint status reports every thirty (30) days, the next joint status report is due today. The parties are in the process of conferring with each other on certain issues, and require the additional week to complete that process. This is the parties' first request for an extension of the time to submit their joint status letter. Pursuant to the Court's June 4, 2019 Order, the parties will continue to provide joint status reports every 30 days (counting either from today or from next Friday, whichever the Court prefers).

Respectfully submitted,

*/s/ Gary D. Friedman*

Gary D. Friedman

cc:  Defendants' Counsel