# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gary D. Friedman**
+1 (212) 310-8963
gary.friedman@weil.com

BY ECF

October 4, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

  We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action. On behalf of Plaintiffs and Defendants, we submit this joint status report pursuant to the Court's Order dated June 4, 2019 (ECF No. 19) and the extension Your Honor granted on October 1, 2019 for the parties to submit this report (ECF No. 40).

  Following the filing of the last status report (ECF No. 37), Plaintiffs brought the issues described therein to Defendants' attention, and the parties have exchanged initial correspondence regarding their respective positions on those issues. Rather than seek the Court's involvement at this time, the parties have agreed to a 30-day "standstill" on all activity in the case and between Lockton and Guy Carpenter, without waiver of any of the parties' rights, to allow the parties to engage in meaningful discussions that they hope will be productive. The parties will report back to the Court by Monday, November 4 regarding the status of those discussions and any progress that has been made.

Respectfully submitted,

*/s/ Gary D. Friedman*

Gary D. Friedman

cc: Defendants' Counsel