# Weil, Gotshal & Manges LLP

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Gary D. Friedman
+1 (212) 310-8963
gary.friedman@weil.com

November 4, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action. On behalf of Plaintiffs and Defendants, we submit this joint status report pursuant to the Court's Order dated June 4, 2019 (ECF No. 19).

The parties jointly request that all deadlines in this action (except the deadlines for the monthly status reports to the Court) be adjourned *sine die* while the parties continue to work towards a resolution.

Respectfully submitted,

/s/ Gary D. Friedman

Gary D. Friedman

cc: Defendants' Counsel

11/4/19

Granted. All deadlines except for the monthly status reports are adjourned *sine die* while the parties continue to work towards a resolution.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge