**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gary D. Friedman**
+1 (212) 310-8963
gary.friedman@weil.com

BY ECF

December 4, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

      We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action. On behalf of Plaintiffs and Defendants, we submit this joint status report pursuant to the Court's Order dated June 4, 2019 (ECF No. 19).

      On November 4, 2019, pursuant to the parties' joint request, this Court adjourned all deadlines *sine die* except for the monthly status reports, to allow the parties to work towards a resolution. The parties are continuing to diligently work towards, and are now close to, a resolution of this matter, and hereby request that all deadlines except for the monthly status reports remain adjourned to allow the parties to complete the process.

Respectfully submitted,

*/s/ Gary D. Friedman*

Gary D. Friedman

cc: Defendants' Counsel