**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gary D. Friedman**
+1 (212) 310-8963
gary.friedman@weil.com

BY ECF

January 3, 2020

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Guy Carpenter & Co., LLC and Marsh & McLennan Cos., Inc. v. Timothy Gardner, Nicholas Durant, and Claude Yoder*, Case No. 19-cv-5062 (PAE)

Dear Judge Engelmayer:

We represent Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. ("Plaintiffs") in the above-referenced action. On behalf of Plaintiffs and Defendants, we submit this joint status report pursuant to the Court's Order dated June 4, 2019 (ECF No. 19).

The parties have agreed to a mutual resolution of all claims. Plaintiffs will file a joint stipulation of dismissal shortly.

Respectfully submitted,

*/s/ Gary D. Friedman*

Gary D. Friedman

cc: Defendants' Counsel