UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY CARPENTER & COMPANY, LLC, and MARSH & MCLENNAN COMPANIES, INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>TIMOTHY GARDNER, NICHOLAS DURANT, and CLAUDE YODER, <br><br>　　　　　　　　Defendants. | Case No. 19-cv-5062 (PAE) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Guy Carpenter & Company, LLC and Marsh & McLennan Companies, Inc. (together, "Plaintiffs") and Defendants Timothy Gardner, Nicholas Durant, and Claude Yoder (collectively, "Defendants") hereby stipulate, by and through their respective counsel of record, to dismissal of the above-captioned action, including all claims asserted therein, with prejudice, with all parties to bear their own fees and costs.

Dated: January 3, 2020

Respectfully submitted,

*[signature]*

Gary D. Friedman
David Yolkut
Ami Zweig
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
gary.friedman@weil.com

*Counsel for Plaintiffs Guy Carpenter & Company, LLC and March & McLennan Companies, Inc.*

Dated: January 3, 2020

*[signature]*

David Elsberg
Joshua S. Margolin
Ryan W. Allison
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
Facsimile: (212) 390-9300
delsberg@selendygay.com

*Counsel for Defendants Timothy Gardner, Nicholas Durant, and Claude Yoder*

2